JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD ALI KHAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & COMPANY dba WELLS FARGO BANK, N.A., a California corporation; JOSE LASZLO, an individual; GREG LAPOINTE, an individual; SHERRY PARKS, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-01852 PA (KKx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF INDIVIDUAL DEFENDANTS, AND STIPULATION TO REMAND** |

**Order**

Pursuant to the Stipulation between Defendant Wells Fargo Bank, N.A. (hereinafter, "Defendant") and Plaintiff Muhammad Ali Khan (collectively, "the Parties"), the Court finds there is good cause shown and orders as follows:

**Dismissal of Individual Defendants**

1. Defendants Jose Laszlo, Greg LaPointe, and Sherry Parks are dismissed without prejudice ("Dismissed Individuals").

2. So long as the Dismissed Individuals are employed by Wells Fargo Bank, N.A., Defendant shall produce the Dismissed Individuals for deposition on a mutually agreeable date and at trial in state court after remand. If the Dismissed Individuals are not still employed by Wells Fargo Bank, N.A., Defendant shall provide Plaintiff with the Dismissed Individuals' last known address;

3. No party shall be deemed the prevailing party for the purpose of the stipulation and dismissal;

4. No Party may make any reference at trial that the Dismissed Individuals were defendants who were subsequently dismissed; and

5. If Plaintiff wants to add the Dismissed Individuals back as named defendants, Plaintiff shall meet and confer with opposing counsel before attempting to add the Dismissed Individuals.

**Remand**

6. The Court hereby REMANDS this case to the Riverside County Superior Court for the State of California.

7. Pursuant to the Parties stipulation, Plaintiff may file an amended Complaint in state court to assert a CFRA claim in addition to his FMLA claim.

8. Defendant's previously filed Answer will apply to Plaintiff's amended Complaint and Defendant will not be required to file a new Answer.

9.    Defendant does not waive any defenses to the CFRA claim that it may possess after discovery, including but not limited to any statute of limitations defense.

**IT IS SO ORDERED**

Dated: October 3, 2023.

_____
Percy Anderson
United States District Judge